# Notice Recipients

District/Off: 0976–4   User: admin   Date Created: 08/02/2021
Case: 21–40239–JMM   Form ID: 318   Total: 16

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| tr | R Sam Hopkins | samhopkins@rsh7trustee.com |
| aty | Aaron J Tolson | ajt@aaronjtolsonlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Zachary Bench | 3 South 645 West | Blackfoot, ID 83221 | |
| 5193835 | Bank of Commerce | 1455 Northgate Mile | Idaho Falls, ID 83403 | |
| 5193836 | Beehive Fed Cr Un | 65 S Center | Rexburg, ID 83440 | |
| 5193837 | Brittni Jean Hicks | Unknown | Blackfoot, ID 83221 | |
| 5193838 | Deaton Accounting | 215 N. 9th Ave. Ste A | Pocatello, ID 83201 | |
| 5193839 | Hitachi Capital America Corp | c/o Sean P. Boutz | 818 W. riverside Ste 250 | Spokane, WA 99201–0910 |
| 5193840 | ICCU | 498 North Meridian | Blackfoot, ID 83221 | |
| 5193843 | IRS | Centralized Insolvency Opera | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 5193841 | Id Centrl Cu | 515 E Benton | Pocatello, ID 83201 | |
| 5193842 | Idaho Central Cr Un | 544 E Benton St | Pocatello, ID 83201 | |
| 5194769 | State of Idaho Dept of Health & Welfare | Child Support Services | 150 Shoup Ste 14 | Idaho Falls ID 83402 |
| 5193844 | State of Idaho Tax Commission | 800 E Park Blvd., Plaza IV | Boise, ID 83712 | |
| 5193845 | Swift Financial | c/o John Bailey | 412 W. Center St. #200 | Pocatello, ID 83204 |

TOTAL: 13